HELEN PAULL, Respondent, v. MOSES ROBBINS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

H. CORNELL SMITH, Respondent, v. D. A. SCHULTE, INC., Appellant. (Action No. 1.) WENDELL H. SMITH, Respondent, v. D. A. SCHULTE, INC., Appellant. D. A. SCHULTE, INC., Plaintiff, v. WENDELL H. SMITH et al., Defendants. (Action No. 2.) — Enough substantial issues, common to both cases, survive the dismissal of the separate defense and counterclaims, to make it desirable that the order of consolidation continue in effect. It does not appear that any substantial right will be violated thereby. Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. It is unanimously ordered that the said appeal [from order denying reargument], having become academic, is dismissed. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

In the Matter of the Voluntary Dissolution of ACKER & JABLOW, INC. SAMUEL ACKER, Respondent; ACKER & JABLOW, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

MICHAELA D. STOLOW, Respondent-Appellant, v. JULIUS STOLOW et al., Copartners Doing Business under the Name of J. & H. STOLOW, Appellants-Respondents.— On the defendant's appeal the order is unanimously affirmed, with leave to defendants to appear for examination at any time prior to February 1, 1954. On plaintiff's appeal, the order is unanimously modified so as to allow an examination of the accountant as a witness on the items enumerated in the order to show cause, and, as so modified, affirmed, with $20 costs and disbursements to the plaintiff. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

In the Matter of DORA JACOBI, Appellant, against HENRY L. McCARTHY, as Commissioner of Welfare, New York City, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

VINCENT P. HORAN, Appellant, v. JOHN F. TROMMER, INC., Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.